**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Neil A. McEwen,
Maxine McEwen,
Plaintiff,

vs.

CV 00-231 RHK/RLE

Farm Services Agency, U.S.
Department of Agriculture
Defendant.

--------------------------------

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Neil A. McEwen
Maxine McEwen,
Plaintiff,

vs.

CV 00-357 DWF/RLE

Farm Service Agency,
United States Department of Agriculture,
Defendants.

---

Case No.00-231 RHK/RLE having been assigned to Judge Richard H. Kyle and Case No. 00-357 DWF/RLE having later been assigned to Judge Donovan W. Frank, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-357 DWF/RLE be assigned to Judge Richard H. Kyle, nunc pro tunc, by use of a card on the Master List of the automated case assignment system,and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated April 16, 1997.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: April 3, 2000

RICHARD H.KYLE,Judge
United States District Court

Dated: April 3, 2000

DONOVAN W. FRANK,Judge
United States District Court

APR 03 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK