UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-231 RHK/RLE

ORIGINAL

NEIL A. MCEWEN and MAXINE L. MCEWEN, married individuals,

Plaintiffs,

v.

FARM SERVICE AGENCY, UNITED STATES DEPARTMENT OF AGRICULTURE,

Defendants.

**PRETRIAL ORDER**

At Duluth, in the District of Minnesota, this 19th day of May, 2000.

Pursuant to Pretrial Conference convened on **May 18**, 2000, and in accordance with provisions of Rule 16, Federal Rules of Civil Procedure, to administer the course of this litigation in a manner which promotes the interests of justice, economy and judicial efficiency, it is --

ORDERED:

I.

**Pursuant to the Administrative Procedures Act, Plaintiff appeals an administrative decision of the U.S. Department of Agriculture that affirmed the decision not to award Plaintiff's a Conservation Reserve Program contract. Defendant shall file and serve the official record on or before July 1, 2000. Pre-discovery disclosures required by Rule 26(a)(1) and discovery shall**

FILED MAY 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**not be permitted.**

**II.**

That all Motions which seek to amend the pleadings or add parties must be filed and the Hearing thereon completed on or before **August 1, 2000**.

**III.**

That all other nondispositive Motions shall be filed and the Hearing thereon completed prior to **October 1, 2000**, by calling Victoria L. Miller, Calendar Clerk for Magistrate Judge Raymond L. Erickson. All nondispositive Motions shall be scheduled, filed and served in compliance with Local Rule 7.1(a). No discovery Motion shall be heard unless the moving party files with the Motion the statement required by Local Rule 37.1 and complies with the requirements of Local Rule 37.2.

**IV.**

That all dispositive Motions shall be filed and the Hearing thereon completed prior to **November 1, 2000**. All dispositive Motions shall be scheduled, filed and served in compliance with Local Rule 7.1(b). Counsel are forewarned that six to eight weeks advance notice is necessary to place a dispositive Motion on the calendar.

**V.**

**Although the parties do not contemplate a trial in this case,** this case shall be ready for trial on **December 1, 2000**, at which

time the case will be placed on the Court's **non-Jury** trial calendar.

BY THE COURT:

Raymond L. Erickson

RAYMOND L. ERICKSON
United States Magistrate Judge