UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * *

Neil A. McEwen and Maxine
McEwen,

Plaintiffs,

vs.

AMENDED
PRETRIAL ORDER

Farm Service Agency and
United States Department
of Agriculture,

Defendants.

Civ. No. 00-231 (RHK/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 8th day of August, 2000.

* * *

In accordance with provisions of Rule 16, Federal Rules of Civil Procedure, to administer the course of this litigation in a manner which promotes the interests of justice, economy and judicial efficiency, the Pretrial Order of May 19, 2000, shall be amended to maintain the same deadlines as in Civ. No. 00-357(RHK/RLE) McEwen et ux v. Farm Service, et al.

THEREFORE, It is --

ORDERED:

I.

That, pursuant to the Administrative Procedures Act, the Plaintiffs appeal the administrative decision of the United States

FILED AUG 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Department of Agriculture that affirmed the decision not to award the Plaintiffs a Conservation Reserve Program contract. The Defendant shall file and serve the official record on or before **August 1, 2000.**

II.

That all Motions which seek to amend the pleadings or add parties must be filed and the Hearing thereon completed on or before **October 1, 2000.**

III.

That all other nondispositive Motions shall be filed and the Hearing thereon completed prior to **December 1, 2000,** by calling Victoria L. Miller, Calendar Clerk for Magistrate Judge Raymond L. Erickson. All nondispositive Motions shall be scheduled, filed and served in compliance with Local Rule 7.1(a). No discovery Motion shall be heard unless the moving party files with the Motion the statement required by Local Rule 37.1 and complies with the requirements of Local Rule 37.2.

IV.

That all dispositive Motions shall be briefed, argued and **SUBMITTED** on or before **January 1, 2001.** All dispositive Motions shall be in compliance with Local Rule 7.1(b)(2). Counsel should be advised as early as possible that the dispositive Motions must be scheduled for Hearing sufficiently early so that the Hearing

date is **BEFORE** the dispositive motion deadline. Counsel are forewarned that six to eight weeks advance notice is necessary to place a dispositive Motion on the calendar. Counsel are also forewarned that the dispositive Motion deadline date and the Trial date **will not** be changed.

V.

That this case shall be ready for Trial on **March 1, 2001**[1], at which time the case will be placed on the Court's **non-Jury** trial calendar.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

[1]**THIS DATE IS NOT A TRIAL SETTING DATE.** The parties will be notified by the Calendar Clerk of the assigned Judge to a case by way of a Notice of Trial as to when this case will be placed on the Trial Calendar. The above date is merely a notice to all parties to consider the case ready for trial as of this date. **DO NOT PREPARE FOR TRIAL UNTIL NOTIFIED.**