UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Neil A. McEwen and Maxine McEwen,

Plaintiffs,

vs.

SETTLEMENT CONFERENCE ORDER

Farm Services Agency and U.S. Department of Agriculture,

Defendants.

Civ. No. 00-231(RHK/RLE)

* * * * * * * *

Neil A. McEwen and Maxine McEwen,

Plaintiffs,

vs.

Farm Service Agency and United States Department of Agriculture,

Defendants.

Civ. No. 00-357(RHK/RLE)

* * * * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 6th day of November, 2000.

* * *

A Settlement Conference, pursuant to Rule 16, Federal Rules of Civil Procedure, will be conducted in this matter before Magistrate Judge Raymond L. Erickson, on **Tuesday, February 13, 2001, at 11:00**

FILED NOV 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**a.m.**, in Courtroom No. 2, United States Courthouse, 118 South Mill Street, Fergus Falls, Minnesota, according to the following terms:

1. Counsel who will try the case and a representative of each party with full authority to enter into a compromise settlement agreement **must** attend the Settlement Conference.

2. At the Conference, counsel for each party shall be prepared to present a 20 minute summation, with such demonstrative aids as desired, of the factual and legal grounds upon which their respective client is entitled to a Jury Verdict and to the entry of Judgment on that Verdict. Following the Summary Trial to the Court, the parties shall engage in a Court-assisted Mediation. **Counsel, the parties, and their representatives, should be prepared to expend the remainder of the day in the conduct of the Settlement Conference.**

3. The Settlement Conference will also address all matters contemplated by Rule 16, Federal Rules of Civil Procedure, and a continuance of the Conference will only be granted for good cause shown upon **formal Motion** served and filed in accordance with the Federal Rules of Civil Procedure and the Local Rules.

4. Counsel's attention is drawn to Rule 16(f), Federal Rules of Civil Procedure.

5. Please contact the undersigned's scheduling clerk, Victoria L. Miller, 218-529-3520, **immediately** if this case has settled.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE