UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

Neil A. McEwen and
Maxine McEwen,

Plaintiffs,

vs. ORDER

Farm Services Agency and U.S.
Department of Agriculture,

Defendants. Civ. No. 00-231 (RHK/RLE)

* * * * * * * *

Neil A. McEwen and
Maxine McEwen,

Plaintiffs,

vs. Civ. No. 00-357 (RHK/RLE)

Farm Service Agency and United
States Department of Agriculture,

Defendants.

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 8th day of February, 2001.

* * *

On January 24, 2001, the undersigned issued an Amended Settlement Conference Order setting the above-entitled matters on for Settlement Conferences, for Tuesday, February 13, 2001. The Government has requested that the Settlement Conferences be

(20)

FILED FEB 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

stricken from this Court's calendar because a Summary Judgment Motion has been argued, is under advisement, and the pending Summary Judgment will resolve the dispute. Accordingly, the Settlement Conferences will be stricken from this Court's calendar.

THEREFORE, It is --

ORDERED:

That the Settlement Conferences set for Tuesday, February 13, 2001, at 11:00 a.m., in Duluth, Minnesota, shall be, and hereby are, stricken from this Court's calendar.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE