# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Neil A. McEwen and Maxine L. McEwen

Case No. Civil 00-231RHK/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Farm Service Agency and U.S. Department of Agriculture

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is **GRANTED** and the complaint is **DISMISSED WITH PREJUDICE**.

DATE: March 6, 2001

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk